# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-00144-01-CR-W-FJG |
| ) | |
| CHRISTOPHER D. JOINER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 3, 2010, the Honorable Fernando J. Gaitan, Jr. requested a full psychological and psychiatric evaluation of the defendant. Based on the foregoing, it is ORDERED that a psychological/psychiatric examination be completed.

Therefore, it is ORDERED that the defendant be committed to a fully-staffed United States Medical Center for Federal Prisoners such as Springfield, Missouri; Butner, North Carolina; or Rochester, Minnesota, to undergo a psychological examination and a psychiatric examination, to be conducted by a licensed or certified psychiatrist employed by that institution to determine defendant's present mental condition and whether he suffers from any diagnosable mental illness.

It is further ORDERED that his commitment to the United States Medical Center for Federal Prisoners shall not exceed 30 days unless that time is extended for an additional period of time not to exceed 15 days upon a showing of good cause that the additional time is necessary to observe and evaluate defendant.

It is further ORDERED that, up on completion of the examination, the examining psychologist prepare and file a report with the Court.

It is further ORDERED that the United States Marshal for the Western District of Missouri forthwith transport defendant to a fully-staffed United States Medical Center for Federal Prisoners such as Springfield, Missouri; Butner, North Carolina; or Rochester, Minnesota.

     **/s/ Fernando J. Gaitan, Jr.**
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated:  8/5/2010
Kansas City, Missouri